# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:  
Angel Figueroa

CASE NO.: 23-13393-CLC  
CHAPTER 13

_____**Debtors /**_____

## MOTION TO WAIVE WAGE DEDUCTION ORDER

**COMES NOW**, the debtor, Angel Figueora, by and through the undersigned counsel, and moves this Court for an order waiving the requirement that the debtor submit a wage deduction order, based upon extenuating circumstances pursuant to Local Rule 3070-1(D).

1. That this case was filed on April 28, 2023.
1. That the debtor works for Barrier Roofing and Construction as a roofer, which is a company less than 15 employees.
2. That the debtor has been advised of the benefits and reasons for having a Wage Deduction Order.
3. That the debtor understands that she needs to make payments on the 28th day of every month during the duration of the 60-month plan.
4. That as of the date of the filing of this motion, the debtor is current with her obligations under the Chapter 13 Plan.

WHEREFORE, the debtor, Angel Figueora, respectfully requests this Court enter an Order Granting Debtor's Motion to Waive Wage Deduction Order.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**The Law Offices of Patrick L. Cordero, P.A.**  
*Attorney for the Debtor(s)*  
7333 Coral Way  
Miami, FL 33155  
(305) 445-4855 (Ph.)  
(305) 445-9483 (Fax)

_____/s/ FILED VIA CM/ECF_____.  
Miriam V. Marenco, Esq., FBN: 86115  
FL Bar No. 801992